**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VENTURA DIAZ LEON,<br><br>   Plaintiff,<br><br> v.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | Case No. 17-cv-03371-BLF<br><br>**JUDGMENT** |

  Plaintiff's first amended complaint having been dismissed without leave to amend and the action having been dismissed with prejudice,

  It is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendant and against Plaintiff.

Dated: July 19, 2018

                  _____
                  BETH LABSON FREEMAN
                  United States District Judge